**UNITED STATES PROBATION OFFICE**
**DISTRICT OF MINNESOTA**

**U.S. v. Nellie Amber Littlewolf**

**DOCKET NO. 0:02CR00208-2(JRT)**

**VIOLATION REPORT**
**REQUEST FOR MODIFICATION OF CONDITIONS OF SUPERVISION**

**November 3, 2004**

**TO: THE HONORABLE JOHN R. TUNHEIM**
**U.S. DISTRICT JUDGE**

On May 19, 2003, Nellie Amber Littlewolf was sentenced in the District of Minnesota for Possession with Intent to Distribute Cocaine to the custody of the Bureau of Prisons for 21 months, followed by 3 years supervised release.

Prior violation reports submitted:

> On April 16, 2004, for failure to complete treatment and comply with urinalysis testing, along with failure to submit monthly report forms. On June 8, 2004, a revocation hearing was held. Subject was continued on supervision and ordered to serve 3 months at a community corrections center.

New violation:

> Subject tested positive for the use of THC on October 12, 2004, and had an initial test cup positive on November 2, 2004, for THC and cocaine, which the defendant admitted to using. She failed to report for urinalysis testing on September 23 and 24 and October 22 and 29, 2004. She has been referred to inpatient and outpatient treatment and left both programs without completing the treatment.

As a correctional intervention, subject will be referred to the weekly relapse prevention program at Recovery Resource Center as no funding can be obtained for other treatment due to her failure to complete treatment on so many occasions. As a controlling intervention, it is respectfully requested that the Court modify subject's supervised release conditions to include 30 days custody in a community corrections center. On November 2, 2004, Nellie Amber Littlewolf reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection. This officer believes that the proposed modification will serve as a reminder that she cannot continually violate her conditions of supervised release with no consequences. If the Court desires an alternative course of action, please contact U.S. Probation Officer Karen L. Godin at 612-664-5373.

**PRAYING THAT THE COURT WILL ORDER THE CONDITIONS OF SUPERVISION BE MODIFIED TO INCLUDE THE FOLLOWING: The defendant shall reside for a period of 30 days**

SCANNED
NOV 5 2004

**in a community corrections center with work release privileges as approved by the probation officer and shall observe the rules of that facility.**

Respectfully submitted,

Karen L. Godin
U.S. Probation Officer

Reviewed by:

Diane M. Levendusky
Supervising U.S. Probation Officer

**ORDER OF COURT: MODIFICATION**
Considered and ordered this 4 day of November, 2004, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge