Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Nellie Amber Littlewolf

Docket No. 02:CR00208

**HEARING WAIVER**

I, Nellie Amber Littlewolf, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 30 days in a community corrections center with work release privileges as approved by the probation officer and shall observe the rules of that facility.

Signed: [signature]
Nellie Amber Littlewolf
Supervised Releasee

Witness: [signature]
Karen L. Godin

Dated: 11/2/04

SCANNED
NOV 5 2004