**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:Arthur J. Boylan |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-208 JRT |
| | ) | Date: December 3, 2004 |
| Nellie Amber Littlewolf (02), | ) | Court Reporter: None |
| | ) | Tape Number: 178-1736-2286 |
| Defendant. | ) | Time Commenced: 3:00 p.m. |
| | | Time Concluded: 3:25 p.m. |
| | | Time in Court: 25 Minutes |

## APPEARANCES:

**Plaintiff:** Tracy Braun
Assistant U.S. Attorney

**Defendant:** Scott Tilsen
T FPD  9 CJA  9 Retained  T To be appointed

Interpreter: N/A

Date Charges Filed: November 24, 2004  Offense: No completion of treatment. Left judicial district without permission

T Charges read into record  9 Waived Reading of Charges  T Advised of Rights

on  9 Indictment  9 Information  9 Complaint  Violation of:  9 Pre-trial Release T Supervised Release
9 **Charges from other District** ______________________________________________

T Government moves for detention.
Motion is:  T granted, temporary detention ordered  9 denied  9 moot, defendant serving sentence.

**Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is December 6, 2004 at 1:30 p.m. before U.S. Magistrate Judge Arthur Boylan for:

T detention hrg  9 preliminary hrg  9 arraignment  9 removal hrg  T preliminary revocation

9Detention hearing waived  9 Preliminary hearing waived  9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: **Final Revocation hearing is December 17, 2004 @ 4:30 p.m. before Judge John R. Tunheim.**

s/Joan Flood
Signature of Judicial Assistant