AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: **CR 02-208(2)(JRT)**

CS41 · 1124 - 0246 · D

Nellie Amber Littlewolf

NOV 24 4 24 PM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nellie Amber Littlewolf

and bring him or her forthwith to the nearest Magistrate Judge to answer an order of court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Betty L. Williams

(By) Betty L. Williams, Deputy Clerk

November 24, 2004 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ______________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 12-3-04
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
DEC 3 2004
U.S. DISTRICT COURT MPLS