**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Nellie Amber Littlewolf (02)**,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge<br><br>Case No: CR 02-208 JRT<br>Date: December 6, 2004<br>Court Reporter: None<br>Tape Number: 178-2427-2482<br>Time Commenced: 1:30 P.M.<br>Time Concluded: 1:35 P.M.<br>Time in Court: 5 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

U **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: David Steinkamp
Assistant U.S. Attorney

**Defendant:** Andrea George
T FPD 9 CJA 9 Retained T Appointed

Interpreter N/A

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** T **Supervised Release**

9 **Charges from other District** ______________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information:
**Defendant waives detention/preliminary hearings.**
**Final Revocation hearing on December 17, 2004 @4:30 p.m. before Judge John R. Tunheim.**

s/Joan Flood

Signature of Judicial Assistant