**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, )
Plaintiff, )
v. )
)
NELLIE AMBER LITTLEWOLF, )
Defendant. )

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 02-208(2) JRT/FLN
Date: December 17, 2004
Court Reporter: Kristine Mousseau
Time Commenced: 2:20 p.m.
Time Concluded: 2:30 p.m.
Time in Court: 0 Hours & 10 Minutes

## APPEARANCES:

Plaintiff: Nathan P. Petterson, Assistant U.S. Attorney
Defendant: Andrea K. George : FPD

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

## ORDERED:

: Defendant remanded to custody of the U.S. Marshal.
: Defendant is sentenced to: 90 days in Custody of the BOP and with no supervision to follow.
: Written order to be issued.

s/Lou Jean M. Gleason
Calendar Clerk