# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**NELLIE AMBER LITTLEWOLF**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-208(2) JRT/FLN**
USM Number: **10518-041**
Social Security Number: **2301**
Date of Birth: **1981**

**Andrea K. George**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of: **Mandatory, Special and Standard Conditions** of the term of supervision.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall refrain from any unlawful use of a controlled substance. | 11/02/2004 |
| Special Condition | The defendant shall participate in a program for a drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. | 11/19/2004 |
| Standard Condition No. 1 | The defendant shall not leave the judicial district without the permission of the Court or probation officer. | 11/19/2004 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**December 17, 2004**
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

**December 22, 2004**
Date Signed

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NELLIE AMBER LITTLEWOLF
CASE NUMBER: 02-208(2) JRT/FLN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **90 days with no supervision to follow**.

[**X**] The Court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant server her term of imprisonment at the Volunteers of America, which was very successful for her in the past.**

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________________ to ______________________________

at ______________________ , with a certified copy of this Judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal