AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**NELLIE AMBER LITTLEWOLF**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **02-208(2) JRT/FLN**
USM Number: **10518-041**
Social Security Number: 2301
Date of Birth: **1981**

RECEIVED
DEC 27 2004
FEDERAL BUREAU OF PRISONS
COMMUNITY CORRECTIONS OFFICE
MINNEAPOLIS

**Andrea K. George**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of: **Mandatory, Special and Standard Conditions** of the term of supervision. The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Mandatory Condition | The defendant shall refrain from any unlawful use of a controlled substance. | 11/02/2004 |
| Special Condition | The defendant shall participate in a program for a drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. | 11/19/2004 |
| Standard Condition No. 1 | The defendant shall not leave the judicial district without the permission of the Court or probation officer. | 11/19/2004 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in the defendant's economic circumstances.

**December 17, 2004**
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

**December 22, 2004**
Date Signed

A true printed copy in 2 sheet(s)
of the electronic record filed on 12-22-04
in the United States District Court
for the District of Minnesota.
CERTIFIED, 12-23, 2004.
RICHARD D. SLETTEN
BY: Leah E. Gilzenbach
Deputy Clerk

SCANNED
FEB - 3 2005
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NELLIE AMBER LITTLEWOLF
CASE NUMBER: 02-208(2) JRT/FLN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **90 days with no supervision to follow**.

[X] The Court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that the defendant server her term of imprisonment at the Volunteers of America, which was very successful for her in the past.**

[X] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on 1/7/05 to Liz Ciamola - Case Manager

at VOA RCC - 1771 Kent St. Roseville, MN 55113 with a certified copy of this Judgment.

[signature]

~~United States Marshal~~ Case Manager

By ________________________

Deputy United States Marshal

Sent to BOP, USPO & USM 1/11/05